**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD GRABOWSKI and KATHLEEN GRABOWSKI, his wife, | CIVIL ACTION NO. 3:14-815 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 1st day of May, 2014, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge